**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-03-1167-PHX-DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Robert J. Johnston, et al., | ) | |
| Defendants. | ) | |

The Government filed a supplemental ex parte application to defer certain discovery on November 4, 2005. Doc. #1061. Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the Court granted the supplemental application in a public order issued on December 27, 2005. Doc. #1012 ¶ 8. The Court set forth its reasons for granting the supplemental application in a separate sealed order filed on January 17, 2006. Doc. #1074.

As requested in the supplemental application, the Government may defer the disclosure of the following joint discovery matrix items: 10-11, 14-22, 38, 195, 206, 208, 212, 230, 243, and 255. *See* Doc. #743. With respect to Item 459, the Government may defer the disclosure of the requested material except for statements made by Defendants Craig Kelly and Henry Watkins that are subject to disclosure under Rule 16(a)(1)(A)-(B). The Government shall disclose any such statements by **January 27, 2006**. With respect to

1  Item 40, the medical history and records for CI-604, the Government indicated in the joint
2  discovery matrix that it has no such material. The Court accordingly will not grant a
3  protective order with respect to Item 40.
4      DATED this 17th day of January, 2006.

David G. Campbell
United States District Judge