**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,           ) | CR-03-1167-PHX-DGC |
|                                )      | |
|            Plaintiff,          )      | **ORDER** |
|                                )      | |
| vs.                            )      | |
|                                )      | |
| Kevin J. Augustiniak (11), et al., ) | |
|                                )      | |
|            Defendants.         )      | |
|                                )      | |
| _____ )     | |

Pending before the Court are Defendant Kevin Augustiniak's motion for an order directing the Government to unseal federal and state court proceedings and supplemental motion for discovery. Docs. ##1201, 1304. Defendant requests an order from this Court requiring the Government to (1) obtain orders unsealing all files in state and federal courts relating to confidential informants and Government witnesses, (2) notify Defendant of the existence of any state or federal presentence reports for confidential informants, and (3) provide copies of any such reports to Defendant if they are in the custody, possession, or control of the Government. Doc. #1201 at 2-3. Defendant further requests that the Court conduct an *in camera* review of presentence reports to determine whether any *Brady* material should be disclosed to Defendant. *Id.* at 2.

The Court will deny the motions. The charges against Defendant in this case have been dismissed with prejudice. *See* Doc. #1308. That dismissal renders moot Defendant's

1 requests for discovery as well as Defendant's request that the Court review presentence
2 reports for *Brady* material. *See, e.g.*, *Parkinson v. United States*, 175 F. Supp. 2d 1233, 1247
3 (D. Idaho 2001) (finding motions for discovery moot based on the granting of motions to
4 dismiss); *United States v. Campbell*, 134 F. Supp. 2d 1104, 1110 (C.D. Cal. 2001)
5 ("Defendant requests that the Court permit discovery of 'exculpatory' information favorable
6 to the defense under *Brady* . . . . Since the indictment has been dismissed, the Court denies
7 Defendant's request for discovery materials as moot.").

8 **IT IS ORDERED** that Defendant Kevin Augustiniak's motion for an order directing
9 the Government to unseal federal and state court proceedings (Doc. #1201) and supplemental
10 motion for discovery (Doc.#1304) are **denied**.

11 DATED this 14th day of March, 2006.

_____
David G. Campbell
United States District Judge