**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, ) | CR 03-1167-PHX-DGC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Robert J. Johnston, et al., ) | |
| Defendants. ) | |

The Court held a hearing today at which Defendant Rudy Jaime pled guilty to certain charges.  All other Defendants in this action have either pled guilty, been dismissed, or currently are fugitives.

**IT IS ORDERED:**

1.    The Government's motion to dismiss counts (Doc. #1276) is **denied as moot** with respect to Defendant Jaime.  The counts against Defendant Jaime will be resolved pursuant to the plea agreement.

2.    The following motions are **under advisement**:

a.    Defendant Henry Watkins' motion to exonerate bond (Doc. #1290);

b.    Defendant Robert McKay's motion to set aside plea agreement (Doc. #1291); and

c.    Ex parte motion filed by Defendant (Doc. #1331).

3.      Defendant Robert McKay's motion to extend reply deadline (Doc. #1312) is **granted**.

4.      Defendant Rodman Ward's motion to withdraw his motion to set aside plea agreement (Doc. #1326) is **granted**.  The motion to set aside plea agreement (Doc. #1298) is deemed **withdrawn**.

5.      All other pending motions are **denied as moot**.

6.      The Government's March 17, 2006 disclosure deadline is **vacated**.

7.      The April 25, 2006 trial date is **vacated**.

DATED this 22nd day of March, 2006.

_____

David G. Campbell
United States District Judge